IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

―――――――――――――――――

No. 21-10199-W

―――――――――――――――――

SUSAN DRAZEN,
on behalf of herself and other persons similarly situated,

                                      Plaintiff - Appellee,

Godaddy.com, LLC,
a Delaware Limited Liability Company,

                                      Defendant - Appellee,

versus

MR. JUAN ENRIQUE PINTO,

                                      Movant - Appellant.

―――――――――――――――――

Appeal from the United States District Court
for the Southern District of Alabama

―――――――――――――――――

ORDER:

    Attorney Jason E. Pepe has submitted an appearance of counsel to appear in this appeal.

    Consistent with 11th Cir.R.34-4(e), Attorney Jason E. Pepe is GRANTED leave to appear in this appeal.

                                                                  DAVID J. SMITH
                                   Clerk of the United States Court of
                                           Appeals for the Eleventh Circuit

                                ENTERED FOR THE COURT - BY DIRECTION