## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 15, 2023

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 21-10199-U
Case Style: Susan Drazen, et al v. Juan Pinto
District Court Docket No: 1:19-cv-00563-KD-B

For purpose of the upcoming en banc rehearing in the above referenced case, the court desires for counsel to focus their briefs on the following issue:

> Does the receipt of a single unwanted text message constitute a concrete injury sufficient to confer Article III standing under the TCPA?

The appellant's en banc brief is due on or before April 14, 2023. The appellee's en banc brief is due on or before May 15, 2023. The appellant's en banc reply brief, if any, is due on or before May 31, 2023. **NO EXTENSIONS WILL BE GRANTED**.

Please see FRAP 28 and 32 and the corresponding circuit rules for information on the form of briefs. Fifteen (15) copies of the en banc briefs shall be filed. Attorneys must file briefs electronically using the ECF system. PAPER COPIES OF THE BRIEFS SHOULD BE MAILED THE NEXT BUSINIESS DAY. Counsel is not required to submit the additional copies of the previous filed briefs.

The filing on an en banc amicus brief is governed by 11th Cir.R.35-8.

Oral argument will be conducted the week of June 12, 2023 in Atlanta, Georgia. Each party will be allotted twenty (20) minutes per side for oral argument. Counsel will receive subsequent correspondence regarding the specific time of oral argument.

Clerk's Office Phone Numbers
General Information:            404-335-6100    Attorney Admissions: 404-335-6122
Cases in Briefing / After Opinion: 404-335-6130    CM/ECF Help Desk:  404-335-6125
Cases Set for Oral Argument:      404-335-6141