# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 21-10199

_____

SUSAN DRAZEN,
on behalf of herself and other persons similarly situated,

                                                  Plaintiff-Appellee,

Godaddy.com, LLC,
a Delaware Limited Liability Company,

                                                  Defendant-Appellee,

*versus*

MR. JUAN ENRIQUE PINTO,

                                                  Movant-Appellant.

2                             Order of the Court                             21-10199

_____

Appeal from the United States District Court
for the Southern District of Alabama
D.C. Docket No. 1:19-cv-00563-KD-B

_____

ORDER:

The order withholding issuance of the mandate in this appeal is VACATED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION