# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 21-10199

_____

SUSAN DRAZEN,
on behalf of herself and other persons similarly situated,

                              Plaintiff-Appellee,

Godaddy.com, LLC,
a Delaware Limited Liability Company,

                              Defendant-Appellee,

*versus*

MR. JUAN ENRIQUE PINTO,

                              Movant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama
D.C. Docket No. 1:19-cv-00563-KD-B

_____

ORDER:

The motion for an extension of time to and including July 2, 2024 to file Appellee's petition for rehearing and rehearing en banc is GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION